## UNITED STATES of America, Plaintiff–Appellee,

v.

## Carlos Adrian JIMENEZ–JIMENEZ, Defendant–Appellant.

### No. 10–10264.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 27, 2011.

Randall M. Howe, Esquire, Assistant U.S. Attorney, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Patrick Edward McGillicuddy, I, Esquire, Law Offices of Patrick E. McGillicuddy, Phoenix, AZ, for Defendant–Appellant.

Carlos Adrian Jimenez–Jimenez, Folkston, GA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Carlos Adrian Jimenez–Jimenez appeals from his guilty-plea conviction and 27–month sentence for re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jimenez–Jimenez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).